This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 125  SSM 12
Dylan P., an Infant, by his
Mother and Natural Guardian,
Raisa L., et al.,
          Respondents,
        v.
Webster Place Associates, L.P.,
          Appellant.



        Submitted by Lisa L. Gokhulsingh, for appellant.
        Submitted by Alexander J. Wulwick, for respondents.







*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, with costs, and certified question answered in the affirmative.  Material questions of fact remain regarding whether defendant had constructive notice of a dangerous condition.  Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.


Decided June 2, 2016